IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND A. JOHNSON, | No. C 04-2249 WHA (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

This is a civil rights action filed pro se by a state prisoner. The Court granted his request to proceed in forma pauperis and ordered him to pay an initial partial filing fee of four dollars within thirty days. The order was not returned as undeliverable, so the Court must assume that he got it. Although more than sixty days have passed, the partial fee has not been paid. Therefore, this case is DISMISSED without prejudice for failure to comply with a court order and failure to prosecute. See Fed. R.Civ.P. 41(b). The clerk shall close this file.

IT IS SO ORDERED.

Dated: August    15   , 2005.

WILLIAM ALSUP
United States District Judge

G:\PRO-SE\WHA\CR.04\JOHNSON249.DSM